UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW SHIRLEY,

             Plaintiff,            |   CIVIL ACTION

      v.                           |   NO. 1:07-CV-2395-CAP

PENNCRO ASSOCIATES, INC., a
Pennsylvania Corporation,

             Defendant.

O R D E R

     The court has been informed that the parties have resolved their claims.   Accordingly, this case is hereby DISMISSED with prejudice.

     SO ORDERED, this  3rd  day of March, 2008.


                              /s/Charles A. Pannell, Jr.
                              CHARLES A. PANNELL, JR.
                              United States District Judge